29

SO ORDERED

*Charles A. Shaw*

7/2/10

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BARABAR LENZNER, ) | |
| ) | |
| Plaintiff, ) | Case No.    4:10 CV 01159-CAS |
| ) | |
| v. ) | |
| ) | |
| J.C. PENNEY CORPORATION, INC. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby dismisses without prejudice his causes of action in the above-styled matter.

Respectfully submitted,

KLAR, IZSAK & STENGER, L.L.C.

/s/ Steven V. Stenger
STEVEN V. STENGER, #83461
PAUL F. WOODY, #5212024
Attorneys for Plaintiff
1505 S. Big Bend Blvd.
St. Louis, Missouri 63117
Tel:    (314) 863-1117
Fax:    (314) 863-1118

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of July, 2010 a true and correct copy of the foregoing was electronically served on all parties of record.

/s/ Steven V. Stenger